```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 09464
   LEAVY DEAL III
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6424


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 05/24/2007 and was not confirmed.

   The case was dismissed without confirmation 08/01/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED              2328.99          .00            .00
OPTION ONE MORTGAGE        CURRENT MORTG           .00           .00            .00
OPTION ONE MORTGAGE        MORTGAGE ARRE           .00           .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY          NOT FILED           .00            .00
AMSHER COLL                UNSECURED         NOT FILED           .00            .00
BALLYS TOTAL FITNESS       UNSECURED         NOT FILED           .00            .00
FIRST PREMIER BANK         UNSECURED         NOT FILED           .00            .00
MERRICK                    UNSECURED         NOT FILED           .00            .00
MONIQUE DEAL               NOTICE ONLY       NOT FILED           .00            .00
OPTION ONE MTG             UNSECURED         NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         3,334.00                      379.89
TOM VAUGHN                 TRUSTEE                                            28.15
DEBTOR REFUND              REFUND                                            263.04

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  671.08

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     379.89
TRUSTEE COMPENSATION                                28.15
DEBTOR REFUND                                      263.04
                      ---------------      ---------------
TOTALS                   671.08                    671.08
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/22/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 09464 LEAVY DEAL III